FILED
CLERK, U.S. DISTRICT COURT

02/25/26

CENTRAL DISTRICT OF CALIFORNIA
BY: ____iv____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RANDAL PAUL,

Defendant.

Case No.  2:25-CR-00930-JFW

**ORDER OF DETENTION**

[Fed. R. Crim. P. 32.1(a)(6);
18 U.S.C. § 3143(a)(1)]

On February 24, 2026, Defendant Randal Paul made his initial appearance on the petition for revocation of supervised release and warrant for arrest issued on February 11, 2026.  Defendant submitted on the detention recommendation in the Pretrial Services Report.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.    ☒    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

☒ allegations in the Petition include multiple failures to comply with supervised release conditions.

B.    ☒    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

☒ nature of allegations in the Petition is consistent with conduct underlying Defendant's prior convictions.

It is therefore ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: February 25, 2026

_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

2